Elizabeth Badon
7234 Austin street D3
Forest Hills NY 11375

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2025 JAN -7 P 12: 27

RECEIVED/M

Chapter 13 Case# 1-28-43697-cec

Jan 6 2025

To whom it may concern,

I'm sending you this letter to let you know how important you are to me in my recent situation. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ additionally I experience frequent memory loss, chronic asthma, COPD, high blood pressure and high cholesterol.

Due to my chronic bronchiectasis, I have to use oxygen nasal cannula at 2L/min 24/7 and yet I still have short breath upon exertion and ambulation. I have to be wheeled on a wheelchair when going outside so most days I just stay home. The worst thing, I made a loan against the refund. For medical clearance you can call my primary doctor Dr. Grace Chow ▮▮▮▮▮▮▮▮▮

On my knees I am begging for some kindness in your heart to understand my current situation and reconsider my late response to your last refund letter.

Thank you for your response. Your kind consideration regarding to this matter would be highly appreciated. Hope you have a wonderful day.

Sincerely yours,

*[signature]*

Elizabeth Badon